No. 80–2213. WEST GULF MARITIME ASSN. *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–2222. FEDDERS CORP. ET AL. *v.* CHRYSLER CORP. ET AL.; and

No. 81–218. CHRYSLER CORP. *v.* FEDDERS CORP. ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 643 F. 2d 1229.

No. 80–6764. HALL ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6859. GALE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–4. CHIRAVACHARDHIKUL *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 81–32. MOSHER STEEL CO. *v.* DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–33. WOLLMAN *v.* GROSS. C. A. 8th Cir. Certiorari denied.

No. 81–39. SHAMSEE *v.* UNITED NATIONS JOINT STAFF PENSION FUND ET AL. Ct. App. N. Y. Certiorari denied.

No. 81–48. KEELER ET AL. *v.* JOY, COMMISSIONER OF RENT AND HOUSING MAINTENANCE OF NEW YORK CITY. C. A. 2d Cir. Certiorari denied.

No. 81–64. TOSE ET AL. *v.* FIRST PENNSYLVANIA BANK, N. A., ET AL. C. A. 3d Cir. Certiorari denied.